**No. 10-9736. Anthony Lewis Glenn, Petitioner v. United States.**

564 U.S. 1056, 132 S. Ct. 51, 180 L. Ed. 2d 920, 2011 U.S. LEXIS 5032.

July 25, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 967, 131 S. Ct. 2169, 179 L. Ed. 2d 948, 2011 U.S. LEXIS 3297.

**No. 10-9798. John Cockerham, Jr., Petitioner v. United States.**

564 U.S. 1056, 132 S. Ct. 51, 180 L. Ed. 2d 920, 2011 U.S. LEXIS 5030.

July 25, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 981, 131 S. Ct. 2888, 179 L. Ed. 2d 1199, 2011 U.S. LEXIS 3457.

**No. 10-9818. Jesse Guzman, Petitioner v. United States.**

564 U.S. 1056, 132 S. Ct. 51, 180 L. Ed. 2d 920, 2011 U.S. LEXIS 5038.

July 25, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 981, 131 S. Ct. 2890, 179 L. Ed. 2d 1200, 2011 U.S. LEXIS 3460.

**No. 10-9819. Clarence Haywood, Petitioner v. Stephen Hillman, Chief Magistrate Judge, United States District Court for the Central District of California, et al.**

564 U.S. 1056, 132 S. Ct. 52, 180 L. Ed. 2d 920, 2011 U.S. LEXIS 5073.

July 25, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 1012, 131 S. Ct. 2925, 179 L. Ed. 2d 1254, 2011 U.S. LEXIS 3847.

**No. 10-9890. Danny Hearns, Petitioner v. Dale Artus, Superintendent, Clinton Correctional Facility.**

564 U.S. 1056, 132 S. Ct. 52, 180 L. Ed. 2d 920, 2011 U.S. LEXIS 5054.

July 25, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 1012, 131 S. Ct. 2912, 179 L. Ed. 2d 1254, 2011 U.S. LEXIS 3833.

**No. 10-9925. Ricardo Ruiz Montes, Petitioner v. United States.**

564 U.S. 1056, 132 S. Ct. 52, 180 L. Ed. 2d 920, 2011 U.S. LEXIS 5047.

July 25, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 999, 131 S. Ct. 2468, 179 L. Ed. 2d 1229, 2011 U.S. LEXIS 3805.